UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAMSON BENDER,

    Plaintiff,

v.                                      Case No. 8:20-cv-149-TPB-AAS

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER DENYING PLAINTIFF'S MOTION
TO RELINQUISH CITIZENSHIP AND FOR DAMAGES**

This matter is before the Court on Plaintiff's motion to relinquish citizenship and for damages, filed *pro se* on April 12, 2022. (Doc. 36). In his motion, Plaintiff seeks to relinquish his United States citizenship and requests $100 million in monetary and punitive damages against the United States "for over (40) forty years of punishment."

Plaintiff seeks to renounce his citizenship, stating that he is disabled and very ill, and that he prefers "to die in a country he don't know, than to die in a country that hates him." "A citizen has the right to renounce his citizenship." *Koos v. Holm*, 204 F. Supp. 2d 1099, 1107 (W.D. Tenn. May 31, 2002) (citing *Nishikawa v. Dulles*, 356 U.S. 129 (1958)). However, although a person may be able to relinquish his or her United States citizenship, courts do not possess the authority to grant such relief. *Id*. at 1107-08. Instead, an individual seeking to renounce his or her citizenship must do so through the appropriate governmental agency and is only

permitted to do so under very limited circumstances. *Id.*; 8 U.S.C. § 1481. As such, this request is denied.

Plaintiff also seeks monetary and punitive damages. This case was dismissed on June 22, 2020, after Plaintiff failed to file an amended complaint setting out a basis for subject matter jurisdiction. Plaintiff filed an appeal, and his appeal was dismissed due to lack of prosecution. There is no legal basis to award damages in this case. Consequently, this request is denied.

Accordingly, it is

**ORDERED**, **ADJUGED**, and **DECREED**:

1. Plaintiff's motion to relinquish citizenship and for damages (Doc. 36) is **DENIED**.

2. This case remains closed.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 13th day of April, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**